IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA LINDFORS,<br><br>    Plaintiff,<br><br>  v.<br><br>ENTERPRISE-RENT-A-CAR COMPANY OF SAN FRANCISCO, RONALD HENRY BERG, DOES 1-30,<br><br>    Defendants.<br>_____ / | No. C 13-0851 MMC<br><br>**ORDER REMANDING ACTION TO STATE COURT** |

On February 26, 2013, the instant action was removed from state court to this district on the ground that an officer of a federal agency was named as a defendant. (See Notice of Removal, filed Feb. 26, 2012); see also 28 U.S.C. § 1442(a)(1). By order filed concurrently herewith, the Court has dismissed that defendant, as well as the United States of America, which was substituted in his place. Plaintiff's remaining claims, over which the Court has supplemental jurisdiction, see 28 U.S.C. § 1367(a), are state law claims against Enterprise-Rent-A-Car Company of San Francisco. In light of the early stage of the proceedings and the fact that the claims over which the Court has original jurisdiction have been dismissed, the Court declines to exercise supplemental jurisdiction over plaintiff's remaining claims. See id. (providing district court "may decline to exercise supplemental jurisdiction over a claim . . . if . . . the district court has dismissed all claims over which it

has original jurisdiction").

Accordingly the instant action is hereby REMANDED to the Superior Court of the State of California, in and for the County of Alameda.

**IT IS SO ORDERED.**

Dated: March 27, 2013

MAXINE M. CHESNEY
United States District Judge