**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

1

2

3

4

5

6

7

8

9

10

11  MELISSA LINDFORS,                                  No. C 13-0851 MMC

12          Plaintiff,                                 **ORDER REMANDING ACTION TO
                                                        STATE COURT**
13      v.

14  ENTERPRISE-RENT-A-CAR COMPANY
    OF SAN FRANCISCO, RONALD HENRY
15  BERG, DOES 1-30,

16          Defendants.
                                                   /
17

18          On February 26, 2013, the instant action was removed from state court to this

19  district on the ground that an officer of a federal agency was named as a defendant.  (See

20  Notice of Removal, filed Feb. 26, 2012); see also 28 U.S.C. § 1442(a)(1).  By order filed

21  concurrently herewith, the Court has dismissed that defendant, as well as the United States

22  of America, which was substituted in his place.  Plaintiff's remaining claims, over which the

23  Court has supplemental jurisdiction, see 28 U.S.C. § 1367(a), are state law claims against

24  Enterprise-Rent-A-Car Company of San Francisco.  In light of the early stage of the

25  proceedings and the fact that the claims over which the Court has original jurisdiction have

26  been dismissed, the Court declines to exercise supplemental jurisdiction over plaintiff's

27  remaining claims.  See id. (providing district court "may decline to exercise supplemental

28  jurisdiction over a claim . . . if . . . the district court has dismissed all claims over which it

1   has original jurisdiction").

2      Accordingly the instant action is hereby REMANDED to the Superior Court of the

3   State of California, in and for the County of Alameda.

4      **IT IS SO ORDERED.**

5

6   Dated:  March 27, 2013

                MAXINE M. CHESNEY

7                 United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28